# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   SHON D BARNES                                    Case No.: 12-00451

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/07/2012.

2) This case was confirmed on 03/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/07/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2012.

5) The case was dismissed on 07/25/2012.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  10

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,551.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 2,000.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 2,000.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,849.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 106.00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,955.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | 1,241.00 | 1,244.18 | 1,244.18 | .00 | .00 |
| NICOR GAS | UNSECURED | 219.00 | 256.44 | 256.44 | .00 | .00 |
| CREDIT ACCEPTANCE CO | SECURED | 11,550.00 | 13,211.88 | .00 | .00 | .00 |
| CREDIT ACCEPTANCE CO | UNSECURED | 3,450.00 | NA | NA | .00 | .00 |
| US BANK NA | SECURED | 129,500.00 | 209,597.54 | .00 | .00 | .00 |
| US BANK NA | UNSECURED | 92,236.00 | NA | NA | .00 | .00 |
| HSBC MSCPI | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | SECURED | 400.00 | 829.67 | .00 | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 429.00 | NA | NA | .00 | .00 |
| VERICREST FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NA | SECURED | NA | 85,197.64 | 85,647.64 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 6,345.70 | 6,345.70 | .00 | .00 |
| TRANSPORT FUNDING | UNSECURED | NA | 14,744.05 | 14,744.05 | .00 | .00 |
| TCF BANK | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| HISKES DILLNER ODONN | UNSECURED | 663.00 | 663.00 | 663.00 | .00 | .00 |
| COMPAS EQ FN | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 183.00 | NA | NA | .00 | .00 |
| HY CITE FINANCE | UNSECURED | 2,431.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 445.00 | NA | NA | .00 | .00 |
| ROYAL PRESTI | UNSECURED | 2,431.00 | NA | NA | .00 | .00 |
| US BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor                Claim         Claim         Claim      Principal        Int.    |
|   Name         Class    Scheduled     Asserted      Allowed      Paid          Paid    |
|                                                                              |
|PALISADES           UNSECURED      NA       679.36        679.36         .00         .00 |
|HSBC MORTGAGE SVCS I UNSECURED     NA    52,962.01     52,962.01         .00         .00 |
|ROBERT J SEMRAD & AS PRIORITY      NA          .00         45.00       45.00         .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================
 Summary of Disbursements to Creditors:

                                       Claim         Principal        Int.
                                       Allowed        Paid            Paid
 Secured Payments:
     Mortgage Ongoing                       .00            .00           .00
     Mortgage Arrearage              85,647.64            .00           .00
     Debt Secured by Vehicle              .00            .00           .00
     All Other Secured                    .00            .00           .00
 TOTAL SECURED:                      85,647.64            .00           .00

 Priority Unsecured Payments:
     Domestic Support Arrearage           .00            .00           .00
     Domestic Support Ongoing             .00            .00           .00
     All Other Priority              6,390.70          45.00           .00
 TOTAL PRIORITY:                     6,390.70          45.00           .00

 GENERAL UNSECURED PAYMENTS:        70,549.04            .00           .00
================================================================

================================================================
 Disbursements:

     Expenses of Administration      $   1,955.00
     Disbursements to Creditors      $      45.00

 TOTAL DISBURSEMENTS:                             $   2,000.00
================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    10/25/2012                    /s/ Tom Vaughn
                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**